**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER GRANTING STATE'S MOTION TO MODIFY JUDGMENT

Appellate case name:        James Sabatino v. Rachel Lauren Goldstein

Appellate case number:     01-21-00028-CV

Trial court case number:    2020-68595

Trial court:                          280th District Court of Harris County

The State has filed a Motion to Modify Judgment.

The clerk of our court notified the State that we would deny its motion unless the State provided a reasonable explanation for the untimely filing of its motion. The State has since provided a reasonable explanation. *See Smith v. Houston Lighting & Power Co.*, 7 S.W.3d 287, 288 (Tex. App.—Houston [1st Dist.] 1999, no pet.) (reasonable explanation "means any plausible statement of circumstances indicating that failure to file within the required period was not deliberate or intentional, but was the result of inadvertence, mistake, or mischance"). Accordingly, we proceed to the merits.

Citing TEX. CODE. CRIM. PROC. art. 7A.04 and TEX. FAM. CODE § 81.002, the State contends that costs cannot be awarded against an applicant for a protective order. We conclude that the plain language of the cited statutes so provide. Accordingly, we GRANT the State's Motion to Modify Judgment, withdraw our judgment dated June 30, 2022, and issue a corrected judgment bearing today's date that does not assess costs against the appellee. Our opinion dated June 30, 2022 is unaffected by this correction.

Justice's signature:  /s/ Gordon Goodman
                                    Acting for the Court

Panel Consists of Justices Kelly, Goodman, and Guerra.

Date:  August 23, 2022